**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re   Jacoby Adeshei Carter           Case No.:   _17-31519 (SLM)_____
                Debtor(s)               Judge:      _Hon. Stacey L Meisel_

**CERTIFICATION OF DEBTOR'S COUNSEL**
**SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

> **For time incurred in Chapter 13 cases prior to August 1, 2006, for which supplemental fees are sought, you must utilize the alternate version of Local Form 13 as has been designated for that purpose on the Court's web site: www.njb.uscourts.gov.**

_Andy Winchell_____, Esquire, herby certifies as follows:

1. I represented the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

_____   Prosecution of motion on behalf of debtor.                    $500.00

        Nature of motion:       _____
                                _____

        Hearing date(s):        _____
                                _____

_____   Defense of motion on behalf of debtor (Including filing       $400.00
        Objection to Creditor's or Trustee's Certification of Default).

        Nature of motion:       _____
                                _____

        Hearing date(s):        _____
                                _____

1

| | | |
|---|---|---|
| \_\_\_\_\_ | Additional court appearance(s). (Not to exceed three). | $100.00 |
| | Purpose: _____ | |
| | _____ | |
| | Hearing date(s): _____ | |
| | _____ | |
| \_\_\_\_\_ | Filing and appearance on a modified Chapter 13 Plan. | $300.00 |
| \_\_\_\_\_ | Preparation of Wage Order | $100.00 |
| \_\_\_\_\_ | Preparation and filing of Amendments to Schedules D, E, F or List of Creditors | $100.00 |
| \_\_\_\_\_ | Preparation and filing of other amended schedules | $100.00 |
| \_\_\_\_\_ | Preparation and filing of Application for Retention of Professional | $200.00 |
| \_\_\_\_\_ | Preparation and filing of Notice of Sale or Settlement of Controversy | $100.00 |

### **NON-STANDARD FEES**

> Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is in appropriate for services in a particular instance, you must request only non-standard fees for that particular service.

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A: <u>Applicant filed this chapter 13 petition and plan on behalf of a Debtor with the primary goals of preventing a foreclosure sale of Debtor's residence and repossession of Debtor's automobile. Applicant received an initial retainer of $2,000 from Client. Applicant conducted numerous detailed interviews with Client regarding document and income requirements and the Debtor's questions. This case involves a single Debtor who combines his income and expenses with his partner. Applicant is requesting fees for services associated with the preparation and filing of the Debtor's chapter 13 petition and plan, as well as amending Debtor's schedules and modifying Debtor's chapter 13 plan.</u>

Describe non-standard expenses in detail:    Chapter 13 filing fees, and online credit reports._____

2. To date, in this case:

   I have applied for fees in the amount of:                                    $0.00

   To date, I have received (including original retainer):              $2,000.00

3. I seek compensation for services rendered in the amount of $ __5,514.00____, the balance of the invoice attached hereto as Exhibit A, payable:

   __X__ through the chapter 13 plan as an administrative priority..

   _____ outside the plan.

4. **X**    This allowance will not impact on plan payments

   ☐    This allowance will impact on plan payments.

   Present plan:    $_____ per month for _____ months.
   Proposed plan:   $_____ per month for _____ months.

I certify that I have not filed any fee application within the last 90 days.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: __March 13, 2018__            ___/s/ Andy Winchell_____
                                     Signature of applicant

*Local Form 13.rev.8/1/06.jml*

3