# EXHIBIT

# A

**Law Offices of Andy Winchell P.C.**
100 Connell Drive
Suite 2300
Berkeley Heights, NJ 07922

# Invoice

**Invoice #:** PS201870
**Invoice Date:** 3/6/2018

**Bill To:**

Jacoby Carter
837 Berckman Street
Plainfield, NJ 07062

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Legal Services | 5/18/2017 | Initial meeting with client (1.4/NC) | 0 | 395.00 | 0.00 |
| Legal Services | 7/24/2017 | Emails with client re petition preparation documents (.2) | 0.2 | 395.00 | 79.00 |
| Legal Services | 8/21/2017 | Telephone conferences with client (.2); emails re same (.2) | 0.4 | 395.00 | 158.00 |
| Legal Services | 8/23/2017 | Emails with client re retention and car issues (.3); telephone conference re same (.1); confer with KEB re same (.1) | 0.5 | 395.00 | 197.50 |
| Legal Services | 8/25/2017 | Emails with client re vehicle issues and petition preparation (.4); confer with KEB re same (.2) | 0.6 | 395.00 | 237.00 |
| Paralegal | 8/25/2017 | Reading and analysis of client intake documents (0.4), creation of initial questions list for client (0.2), discussion with atty re same (0.2), email to client with list of required documents and questions (0.1) | 0.9 | 125.00 | 112.50 |
| Paralegal | 8/28/2017 | Creation of skeleton petition draft including Form 101, schedules D, F, partial I, J and SOFA (1.3), creation of additional questions list for client (0.1) | 1.4 | 125.00 | 175.00 |
| Paralegal | 8/30/2017 | Email discussion with client re documents and vehicle repossession (0.2) | 0.2 | 125.00 | 25.00 |
| Paralegal | 9/1/2018 | Updates to petition including schedules B/C, I and updates to SOFA (0.7) | 0.7 | 125.00 | 87.50 |
| Legal Services | 9/5/2017 | Emails with client re automatic stay and timing of filing (.2) | 0.2 | 395.00 | 79.00 |
| Paralegal | 9/6/2017 | Updates to petition draft including corrections to schedules B, C, I, completion of form 22C (0.5) | 0.5 | 125.00 | 62.50 |
| Paralegal | 9/18/2017 | Email conversation with client re tax returns and petition status (0.2) | 0.2 | 125.00 | 25.00 |
| Legal Services | 9/21/2017 | Confer with KEB re petition preparation (.5) | 0.5 | 395.00 | 197.50 |

**Total**

Page 1

**Law Offices of Andy Winchell P.C.**
100 Connell Drive
Suite 2300
Berkeley Heights, NJ 07922

# Invoice

**Invoice #:** PS201870
**Invoice Date:** 3/6/2018

**Bill To:**

Jacoby Carter
837 Berckman Street
Plainfield, NJ  07062

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Paralegal | 9/21/2017 | Lengthy discussion with atty re schedules, chapter 13 plan, timing and questions (0.5), lengthy email to client regarding missing information and questions (0.2) | 0.7 | 125.00 | 87.50 |
| Paralegal | 9/22/2018 | Email conversation with client (0.1), updates to petition draft (0.3) | 0.4 | 125.00 | 50.00 |
| Paralegal | 9/25/2017 | Email conversation with client re changes to petition (0.2), updates to draft re same (0.2) | 0.4 | 125.00 | 50.00 |
| Paralegal | 9/26/2017 | Email conversation with client re expenses and proof of income (0.2) | 0.2 | 125.00 | 25.00 |
| Paralegal | 9/27/2017 | Continued email conversation with client re expenses and payroll deductions (0.2) | 0.2 | 125.00 | 25.00 |
| Legal Services | 9/28/2017 | Confer with KEB re petition preparation (.4) | 0.4 | 395.00 | 158.00 |
| Paralegal | 9/28/2017 | Lengthy phone conversation with client re petition preparation and schedules (0.8), email conversation with client re same (0.2), lengthy discussion with atty re foreclosure, petition preparation, chapter 13 plan, Form 22C and timing (0.4), updates to petition draft and plan (0.3) | 1.7 | 125.00 | 212.50 |
| Legal Services | 9/29/2017 | Emails with client re timing for filing (.3) | 0.3 | 395.00 | 118.50 |
| Legal Services | 10/2/2017 | Emails with client re confirmation process (.2); confer with KEB re petition preparation (.2) | 0.4 | 395.00 | 158.00 |
| Paralegal | 10/2/2017 | Completion of petition and plan draft (0.4), email of same to client with questions and instructions (0.1), discussion with atty re same (0.2) | 0.7 | 125.00 | 87.50 |
| Legal Services | 10/5/2017 | Confer with KEB re communications with client (.1) | 0.1 | 395.00 | 39.50 |
| Paralegal | 10/5/2017 | Discussion with atty re client and draft petition (0.1) | 0.1 | 125.00 | 12.50 |
| Legal Services | 10/9/2017 | Confer with KEB re communications with client (.2) | 0.2 | 395.00 | 79.00 |

**Total**

**Law Offices of Andy Winchell P.C.**
100 Connell Drive
Suite 2300
Berkeley Heights, NJ 07922

# Invoice

**Invoice #:** PS201870
**Invoice Date:** 3/6/2018

**Bill To:**

Jacoby Carter
837 Berckman Street
Plainfield, NJ  07062

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Paralegal | 10/9/2017 | Discussion with atty re client emails and timing (0.2) | 0.2 | 125.00 | 25.00 |
| Paralegal | 10/11/2017 | Email conversation with client re client questions (0.2) | 0.2 | 125.00 | 25.00 |
| Paralegal | 10/12/2017 | Very lengthy and detailed phone conversation with client re expenses, chapter 13 plan, process of petition/bankruptcy, foreclosure, timing and next steps (1.3), lengthy discussion with atty re same and updates required (0.4), updates to petition as result of same (0.3) | 2 | 125.00 | 250.00 |
| Legal Services | 10/12/2017 | Extensive conferences with KEB re changes to petition and plan (.4); telephone conferences with client re same (.3) | 0.7 | 395.00 | 276.50 |
| Paralegal | 10/13/2017 | Final changes to petition draft (0.2), email of same to client with explanation and instructions (0.2) | 0.4 | 125.00 | 50.00 |
| Legal Services | 10/23/2017 | Confer with KEB re signed petition and communications with client (.2) | 0.2 | 395.00 | 79.00 |
| Paralegal | 10/23/2017 | Email conversation with client re petition draft (0.2), discussion with atty re same (0.2) | 0.4 | 125.00 | 50.00 |
| Legal Services | 10/24/2017 | Confer with KEB re filing of petition and difficulties with ECF interface (.2) | 0.2 | 395.00 | 79.00 |
| Paralegal | 10/24/2017 | Electronic filing of petition and plan (0.3), discussion with atty re ECF and district (0.2) | 0.5 | 125.00 | 62.50 |
| Legal Services | 10/25/2017 | Confer with KEB re notices receives from court and communications with client (.3) | 0.3 | 395.00 | 118.50 |
| Paralegal | 10/25/2017 | Discussion with atty re trustee meeting, required documents and client communication (0.3), email to client with instructions and next steps (0.1) | 0.4 | 125.00 | 50.00 |
| Paralegal | 10/26/2017 | Creation and mailing of notice of filing (0.3) | 0.3 | 125.00 | 37.50 |
| Paralegal | 11/1/2017 | Email conversation with client re adjournment of trustee meeting (0.2) | 0.2 | 125.00 | 25.00 |

**Total**

**Law Offices of Andy Winchell P.C.**
100 Connell Drive
Suite 2300
Berkeley Heights, NJ 07922

# Invoice

**Invoice #:** PS201870
**Invoice Date:** 3/6/2018

**Bill To:**

Jacoby Carter
837 Berckman Street
Plainfield, NJ  07062

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Legal Services | 11/3/2017 | Review objection to plan filed by mortgage servicer (.2) | 0.2 | 395.00 | 79.00 |
| Legal Services | 11/16/2017 | Review correspondence received by client (.1); emails with client re same (.1) | 0.2 | 395.00 | 79.00 |
| Legal Services | 11/27/2017 | Telephone conferences with client re 341 (3); confer with KEB re same (.2) | 0.5 | 395.00 | 197.50 |
| Paralegal | 11/27/2017 | Discussion with atty re 341a meeting and documents required (0.2) | 0.2 | 125.00 | 25.00 |
| Legal Services | 11/30/2017 | Emails with trustee re 341 (.1); confer with KEB re same (.1); telephone conferences with client re same (.3) | 0.5 | 395.00 | 197.50 |
| Paralegal | 11/30/2017 | Discussion with atty re status of trustee meeting and next steps (0.1) | 0.1 | 125.00 | 12.50 |
| Legal Services | 12/6/2017 | Confer with KEB re appraisal and paystubs from client (.1) | 0.1 | 395.00 | 39.50 |
| Paralegal | 12/7/2017 | Discussion with atty re documents received from client and amendments to schedule I (0.2), creation of contribution letter (0.2), amendment to petition (0.1), email to client re same with instructions (0.1) | 0.6 | 125.00 | 75.00 |
| Legal Services | 12/7/2017 | Confer with KEB re client's documents (.2) | 0.2 | 395.00 | 79.00 |
| Paralegal | 12/11/2017 | Email to client re amended schedule (0.1) | 0.1 | 125.00 | 12.50 |
| Legal Services | 12/14/2017 | Confer with KEB re documents received from client, 341 meeting, and upload issues (.2) | 0.2 | 395.00 | 79.00 |
| Paralegal | 12/14/2017 | Upload of client documents to trustee (0.2), creation of certificate of service for amended schedules (0.2), electronic filing of same (0.2), discussion with atty re same (0.2) | 0.8 | 125.00 | 100.00 |
| Legal Services | 12/18/2017 | Confer with KEB re documents for 341(a) and communications with trustee's office (.1) | 0.1 | 395.00 | 39.50 |
| Paralegal | 12/18/2017 | Email to trustee's office re adjournment (0.1), discussion with atty re same (0.1) | 0.2 | 125.00 | 25.00 |
| Legal Services | 12/20/2017 | Confer with KEB re 341 issues (.2) | 0.2 | 395.00 | 79.00 |

**Total**

Page 4

**Law Offices of Andy Winchell P.C.** # Invoice
100 Connell Drive
Suite 2300
Berkeley Heights, NJ 07922

**Invoice #:** PS201870
**Invoice Date:** 3/6/2018

**Bill To:**

Jacoby Carter
837 Berckman Street
Plainfield, NJ  07062

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Paralegal | 12/20/2017 | Phone conversation with trustee's office re adjournment (0.1), discussion with atty re same and next steps (0.2) | 0.3 | 125.00 | 37.50 |
| Paralegal | 12/21/2017 | Email of form 106Dec to client with instructions (0.1) | 0.1 | 125.00 | 12.50 |
| Paralegal | 12/26/2017 | Email conversation with client re form 106Dec (0.1), electronic filing of same (0.1) | 0.2 | 125.00 | 25.00 |
| Legal Services | 12/27/2017 | Telephone conference with client re 341 date (.1); confer with KEB re same (.1) | 0.2 | 395.00 | 79.00 |
| Paralegal | 12/27/2017 | Discussion with atty re 341a meeting (0.1) | 0.1 | 125.00 | 12.50 |
| Legal Services | 12/29/2017 | Confer with KEB re adjournment requests for 341 meeting and confirmation (.2); prepare documents re same (.3) | 0.5 | 395.00 | 197.50 |
| Paralegal | 12/29/2017 | Aid in preparation adjournment requests for 341a meeting and confirmation (0.2), upload of same to trustee (0.1) | 0.3 | 125.00 | 37.50 |
| Legal Services | 1/5/2018 | Emails with client re 341 meeting schedule (.2); confer with KEB re same (.1) | 0.3 | 395.00 | 118.50 |
| Paralegal | 1/5/2018 | Phone conversation with client re 341a meeting and requirements (0.2), discussion with atty re same (0.1) | 0.3 | 125.00 | 37.50 |
| Legal Services | 1/30/2018 | Attend 341 meeting of creditors (2.7) | 2.7 | 395.00 | 1,066.50 |
| Legal Services | 1/31/2018 | Confer with KEB re modifications to plan (.3) | 0.3 | 395.00 | 118.50 |
| Paralegal | 1/31/2018 | Discussion with atty re trustee plan modification requests and additional documents (0.3), plan modification (0.2) | 0.5 | 125.00 | 62.50 |
| Paralegal | 2/5/2018 | Complete plan modification (0.1), discussion with atty re same (0.2), creation of pre-confirmation certification of compliance (0.1), email of same to client with instructions (0.1) | 0.5 | 125.00 | 62.50 |
| Legal Services | 2/5/2018 | Confer with KEB re modified plan and notes from 341 (.2) | 0.2 | 395.00 | 79.00 |

**Total**

**Law Offices of Andy Winchell P.C.**  # Invoice
100 Connell Drive
Suite 2300
Berkeley Heights, NJ 07922

**Invoice #:** PS201870
**Invoice Date:** 3/6/2018

**Bill To:**

Jacoby Carter
837 Berckman Street
Plainfield, NJ  07062

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Legal Services | 2/6/2018 | Confer with KEB re amended plan and PCC (.2) | 0.2 | 395.00 | 79.00 |
| Paralegal | 2/6/2018 | Discussion with atty re modified plan, certificate of service and filing (0.2), creation of certificate of service re same (0.2) | 0.4 | 125.00 | 50.00 |
| Paralegal | 2/7/2018 | Electronic filing of modified plan and pre-confirmation certificate (0.2), printing, packaging and mailing of same to creditors (0.2) | 0.4 | 125.00 | 50.00 |
| Legal Services | 2/8/2018 | Emails with C. Wohlrab hearing schedule (2.); confer with KEB re adjournment requests (.3) | 0.5 | 395.00 | 197.50 |
| Paralegal | 2/8/2018 | Preparation of confirmation adjournment request (0.2), discussion with atty re same, plan objections and documents (0.3) | 0.5 | 125.00 | 62.50 |
| Reimb Group | 9/21/2017 | Bankruptcy Credit report | | 33.00 | 33.00 |
| | 10/24/2017 | Filing fee chapter 13 | | 310.00 | 310.00 |
| | | Total Reimbursable Expenses | | | 343.00 |

**Total** $7,514.00