**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

JACOBY ADESHEI CARTER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Chapter 13 Case No.:  17-31519 SLM

HEARING DATE:  6/27/2018 at  9:00 am

ANDY WINCHELL
100 CONNELL DRIVE
SUITE 2300
BERKELEY HEIGHTS, NJ  07922

JACOBY ADESHEI CARTER
837 BERCKMAN STREET
PLAINFIELD, NJ  07062

### TRUSTEE'S NOTICE OF MOTION TO DISMISS PETITION

Marie-Ann Greenberg, Chapter 13 Standing Trustee, has filed papers with the Court for an Order Dismissing this case.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Order dismissing this case, or if you want the court to consider your views on the motion, then on or before seven (7) days before the scheduled hearing date of 06/27/2018, you or your attorney must:

File a **WRITTEN RESPONSE** in opposition to this motion explaining your position and send it to:

> US Bankruptcy Court
> Office of the Clerk
> 50 Walnut Street, Third Floor A
> Newark, NJ 07102
>     **and**
>  Marie-Ann Greenberg
>  Chapter 13 Standing Trustee
>  30 Two Bridges Road
>  Suite 330
>  Fairfield, NJ  07004-1550

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

The hearing is scheduled to be held on 06/27/2018 at 9:00 am in the courtroom of Honorable Judge STACEY L. MEISEL, at US Bankruptcy Court, 50 Walnut Street, Third Floor A, Newark, NJ 07102.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the order granting relief.

                                                    Marie-Ann Greenberg
                                                    Chapter 13 Standing Trustee

.

                                                    By:  /S/Marie-Ann Greenberg
                                                            Marie-Ann Greenberg

Dated:    May 10, 2018

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE:<br><br>JACOBY ADESHEI CARTER | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13 Case No.:  17-31519 SLM<br><br>CERTIFICATION IN SUPPORT OF MOTION |

I, Jackie Michaels, being of full age certify that:

- I am a paralegal for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.
- Debtor(s) filed the instant Chapter 13 Petition on 10/24/2017.
- Debtor(s) failed to provide the Chapter 13 Standing Trustee with a copy of 2017 tax return as required at Confirmation so that refunds can be contributed to the plan for the benefit of creditors.

For the reasons set forth above, the Trustee recommends dismissal of this case.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated:  May 10, 2018

By:   /S/  Jackie Michaels
         Jackie Michaels